

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jodi Thebo,                               * From the County Court at Law No. 2
                                            of Taylor County,
                                            Trial Court No. 7307.

Vs. No. 11-21-00182-CV                    * January 6, 2022

Richard King, Kimberly Peck, and          * Per Curiam Memorandum Opinion
Zach Wheeler,                               (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

   This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.